# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE PACIOCCO,<br><br>    Plaintiff<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:23-cv-00438-APG-NJK<br><br>**Order Striking Certificate of Interested Parties** |

I ORDER that defendant GEICO Advantage Insurance Company's certificate of interested parties (ECF No. 3) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2).

I FURTHER ORDER defendant GEICO Advantage Insurance Company to file a proper certificate of interested parties by March 31, 2023.

DATED this 24th day of March, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE