**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GEORGE PACIOCCO,<br><br>　　　　Plaintiff<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>　　　　Defendant | Case No.: 2:23-cv-00438-APG-NJK<br><br>**Second Order Striking Certificate of Interested Parties** |

　　　I ORDER that plaintiff George Paciocco's second certificate of interested parties (ECF No. 17) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). The certificate does not identify the citizenship of the plaintiff as required by the recent amendment to that rule.

　　　I FURTHER ORDER plaintiff George Paciocco to file a proper certificate of interested parties by April 7, 2023.

　　　DATED this 28th day of March, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE