# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE PACIOCCO,<br><br>    Plaintiff<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:23-cv-00438-APG-NJK<br><br>**Third Order Striking Certificate of Interested Parties** |

    I ORDER that plaintiff George Paciocco's third certificate of interested parties (ECF No. 19) is STRICKEN for failure to comply with Federal Rule of Civil Procedure 7.1(a)(2). **The certificate does not identify the citizenship of the plaintiff as required by the recent amendment to that rule.** I urge counsel to read the new rule. This is the third order I have entered striking Paciocco's certificate.

    I FURTHER ORDER plaintiff George Paciocco to file a proper certificate of interested parties by April 7, 2023.

    DATED this 29th day of March, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE