# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| GEORGE PACIOCCO,<br><br>    Plaintiff<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY,<br><br>    Defendant | Case No.: 2:23-cv-00438-APG-NJK<br><br>**Order Vacating Hearing** |

Based on George Paciocco's latest certificate of interested parties (ECF No. 23) and his counsel's response to my order to show cause (ECF No. 24), I hereby vacate the April 4, 2023 video hearing.  No sanctions will be entered at this time.

DATED this 31st day of March, 2023.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE