McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Jonathan W. Carlson
Nevada Bar No. 10536
   *jonathan.carlson@mccormickbarstow.com*
Cheryl A. Grames
Nevada Bar No. 12752
   *Cheryl.grames@mccormickbarstow.com*
Chenelle L. Jackson
Nevada Bar No. 15750
   *chenelle.jackson@mccormickbarstow.com*
8337 West Sunset Road, Suite 350
Las Vegas, Nevada 89113
Telephone:   (702) 949-1100
Facsimile:   (702) 949-1101

Attorneys for Defendant GEICO ADVANTAGE INSURANCE COMPANY; aka GEICO GENERAL INSURANCE COMPANY

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| GEORGE PACIOCCO, an individual,<br><br>    Plaintiff,<br><br>v.<br><br>GEICO ADVANTAGE INSURANCE COMPANY; aka GEICO GENERAL INSURANCE COMPANY; ROE CORPORATIONS I through V, inclusive,<br><br>    Defendants. | Case No. 2:23-cv-00438-APG-NJK<br><br>**STIPULATION TO DISMISS WITH PREJUDICE** |

    IT IS HEREBY STIPULATED between Plaintiff, GEORGE PACIOCCO and Defendant GEICO ADVANTAGE INSURANCE COMPANY aka GEICO GENERAL INSURANCE COMPANY, by and through their respective counsel of record, that the above-entitled matter be dismissed with prejudice.

/ / /

/ / /

/ / /

Re: Paciocco v. GEICO
Case No. 2:23-cv-00438-APG-NJK

Each party will bear their own costs and attorneys' fees.

Dated: April 17, 2023

GUINNESS LAW FIRM

By: _____
Guinness Ohazuruike
Nevada Bar No. 011231
6845 W. Charleston Blvd., #A
Las Vegas, NV 89117
*Attorney for Plaintiff George Paciocco*

Dated: April 17, 2023

McCORMICK, BARSTOW, SHEPPARD,
WAYTE & CARRUTH LLP

By: _____
Jonathan W. Carlson
Nevada Bar No. 10536
Cheryl A. Grames
Nevada Bar No. 12752
Chenelle L. Jackson
Nevada Bar No. 15750
*Attorneys for Defendant GEICO ADVANTAGE
INSURANCE COMPANY; aka GEICO GENERAL
INSURANCE COMPANY*

**ORDER**

**IT IS SO ORDERED.**

DATED this 18th day of April, 2023.

_____

9031318.1

STIPULATION TO DISMISS WITH PREJUDICE

Case No. 2:23-cv-00438-APG-NJK

2